7074. WILLIAMS *v.* THE STATE.

WADE, J. A reversal is sought upon the general grounds as to the insufficiency of the evidence. There was some evidence to support the verdict, and this court is therefore without authority to set the verdict aside.

*Judgment affirmed. Russell, C. J., absent.*

DECIDED MARCH 16, 1916.

Conviction of shooting at another; from Baldwin superior court—Judge Park. October 3, 1915.

*Livingston Kenan,* for plaintiff in error.

*Joseph E. Pottle, solicitor-general,* contra.